ACCEPTED
01-13-00782-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/4/2015 11:49:21 AM
CHRISTOPHER PRINE
CLERK


# KELLY ⬤ HART

DAVID KELTNER
*david.keltner@kellyhart.com*

TELEPHONE: (817)878-3560
FAX: (817)878-9760

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/4/2015 11:49:21 AM

CHRISTOPHER A. PRINE
Clerk

May 4, 2015

**<u>Via Electronic Filing</u>**

Mr. Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin Street
Houston, Texas  77002-2066

Re:   No. 01-13-00782-CV; *Bandier Realty Partners, LLC and Switchback Ventures, LLC v. SSC Opportunity Partners, LLC and Douglas Britton*

Dear Mr. Prine:

This case is set for May 5, 2015.  Please circulate this response to Appellant's letter brief of April 2, 2015.

Because *National Property Holdings, L.P. v. Westergren*, 453 S.W.3d 419 (Tex. 2015) (per curiam) was decided on significantly different facts, the Bandier Defendants' suggestion that it forecloses fraudulent inducement is wrong.

There, the plaintiff had ample opportunity to read the release.  But here, the Bandier Defendants deliberately delayed sending the release until SSC had only minutes to review or risk defaulting on its multimillion dollar real estate deal.

More importantly, the Bandier Defendants were SSC's fiduciaries.  The *Westergren* defendants were not.  This is a legally important distinction.

The *Westergren* court quoted and cited with approval the earlier decision of *Thigpen v. Locke*, 363 S.W.2d 247, 251 (Tex. 1962).  In that case, the Supreme Court held that a party has the obligation to read the contracts it executes ***unless*** the defendants owed a fiduciary duty to the plaintiff.  *Id.* at 252.

As a result, the *Westergren* opinion does not foreclose justifiable reliance when the fiduciaries were involved in an undisclosed scheme against the plaintiff.

Thank you for your courtesy and assistance.

**FORT WORTH OFFICE** | 201 MAIN STREET, SUITE 2500 | FORT WORTH, TX 76102 | TELEPHONE: (817) 332-2500 | FAX: (817) 878-9280

AUSTIN OFFICE | 301 CONGRESS, SUITE 2000 | AUSTIN, TX 78701 | TELEPHONE: (512) 495-6400 | FAX: (512) 495-6401

MIDLAND OFFICE | 508 W. WALL, SUITE 444 | MIDLAND, TX 79701 | TELEPHONE: (432) 683-4691 | FAX: (432) 683-6518

NEW ORLEANS OFFICE | 400 POYDRAS STREET, SUITE 1812 | NEW ORLEANS, LA 70130 | TELEPHONE: (504) 522-1812 | FAX: (504) 522-1813

*Kelly Hart & Hallman, a Limited Liability Partnership | www.kellyhart.com*

Sincerely yours,

*/s/ David Keltner*

David E. Keltner

DEK/nlb

## <u>CERTIFICATE OF COMPLIANCE</u>

1.  This letter brief complies with the type-volume limitations of Texas Rule of Appellate Procedure 9.4(i)(2)(D) because it contains 190 words, excluding the parts of the letter brief exempted by Texas Rule of Appellate Procedure 9.4(i)(1).

2.  This letter brief complies with the typeface requirements of Texas Rule of Procedure 9.4(e) because this letter brief has been prepared in a proportionally spaced typeface using "Microsoft Word 2010" in fourteen (14) point "Times New Roman" style font.

*/s/ David Keltner*
David E. Keltner

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing has been served on the following counsel of record via electronic filing on the 4th day of May, 2015:

Brian B. Kilpatrick
brianbkil@gmail.com
THE KILPATRICK LAW FIRM
1811 Bering Drive, Suite 125
Houston, Texas  77057
*Counsel for Appellees*

W. Craft Hughes
craft@crafthugheslaw.com
Jarrett L. Ellzey
jarrett@crafthugheslaw.com
HUGHES ELLZEY, LLP
Galleria Tower I
2700 Post Oak Blvd., Suite 1120
Houston, Texas  77056
*Counsel for Appellees*

David M. Gunn
dgunn@beckredden.com
Erin H. Huber
dgunn@beckredden.com
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, Texas 77010
*Counsel for Appellants*
*Bandier Realty Partners, LLC*
*and Switchback Ventures, LLC*

Kenneth T. Fibich
tfibich@fhl-law.com
Sara J. Fendia
sfendia@fhl-law.com
FIBICH, HAMPTON, LEEBRON,
BRIGGS & JOSEPHSON, LLP
1150 Bissonnet
Houston, Texas  77005
*Counsel for Appellees*

Sean Michael Reagan
sreagan@lpmfirm.com
LEYH, PAYNE & MALLIA, PLLC
9545 Katy Freeway, Suite 200
Houston, Texas  77024
*Counsel for Appellees*

*/s/ David Keltner*
David E. Keltner